
1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7021
7       FAX: (415) 436-7234
        Helen.Gilbert@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,          ) Case No. CR 18-0141 YGR
                                         )
14 |         Plaintiff,                  ) UNITED STATES' MOTION AND [PROPOSED]
                                         ) ORDER TO UNSEAL CASE
15 |    v.                               )
                                         )
16 | CHARLES WILLIAMS, a/k/a "Lee Ray,"  )
                                         )
17 |         Defendant.                  )
   |_____)
18

19      Upon the government's application, this Court granted the United States' motion to seal the
20 record in this case until further order of the Court. Since then, related indictments have been unsealed
21 and there is no longer a risk that disclosing the existence of the Indictment and Arrest Warrant in this
22 case will jeopardize the progress of the ongoing investigation. The defendant is a fugitive, but the
23 //
24 //
25 //
26 //
27 //
28 //

MOTION AND [P] ORDER TO UNSEAL
CR 18-0141 YGR
FILED
JUN 08 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

government believes that he is aware of the outstanding Arrest Warrant in this case. Therefore, the United States therefore moves to unseal the record in this case.

DATED: June 7, 2018

Respectfully Submitted,

ALEX S. TGE
Acting United States Attorney

HELEN L. GILBERT
Assistant United States Attorney

MOTION AND [P] ORDER TO UNSEAL
CR 18-0141 YGR

[PROPOSED] ORDER

Based upon the foregoing request, the Court hereby **ORDERS** that the record in this case be unsealed.

DATED: June 8, 2018

_____
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

MOTION AND [P] ORDER TO UNSEAL
CR 18-0141 YGR